IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNIAUCTION, INC. d/b/a GRANT STREET GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THOMSON CORPORATION, t/d/b/a THOMSON FINANCIAL and/or THOMSON FINANCIAL MUNICIPALS GROUP, and i-DEAL, LLC<br><br>Defendant. | C.A. No. 01 1003<br><br>Hon. Judge Gary Lee Lancaster<br>Mag. Judge Robert C. Mitchell |

### ▓▓▓▓▓▓ ORDER

Upon consideration of MuniAuction's Motion to File Under Seal Its Memorandum and Certain Exhibits in Response to Thomson's "Surprise" Motion to Strike Expert Report and Exclude Opinion Testimony From Mark M. Gleason, and all papers and arguments submitted in support thereof and in opposition thereto,

IT IS HEREBY ORDERED that MuniAuction's Motion is GRANTED.

Dated: _March 30_, 2006.

_____
Hon. Judge Gary Lee Lancaster
United States District Judge