IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNIAUCTION, INC. <br> Plaintiff, <br> <br> v. <br> <br> THOMSON CORP. and <br> I-DEAL, LLC, <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No.  01-1003 <br> ) <br> ) <br> ) <br> ) |

ORDER

AND NOW, this 27th day of July, 2006, IT IS HEREBY ORDERED that defendants' motion to strike expert report of and exclude opinion testimony from Mark Gleason [doc. no. 157] is DENIED, without prejudice to re-submit the motion as a _motion in limine_ in accordance with this court's final scheduling order of April 5, 2006, and any applicable local and federal rules.

All motions related to defendants' motion [doc. nos. 158, 169, and 176] are DENIED as MOOT.

BY THE COURT,

_____, J.

cc:  All Counsel of Record