IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MUNIAUCTION, INC.             )
      Plaintiff,          )
                                )
    v.                        )   Civil Action No.  01-1003
                                )
THOMSON CORP. and             )
I-DEAL, LLC,                  )
      Defendants.         )

## ORDER

AND NOW, this 27th day of July, 2006, IT IS HEREBY ORDERED that plaintiff's motion to reset to earlier trial date [doc. no. 186] is DENIED, without prejudice to plaintiff's ability to seek a later trial date should it be unable to resolve the conflict with this court's September 18, 2006 trial date.

BY THE COURT,

_____, J.

cc: All Counsel of Record