IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNIAUCTION, INC. d/b/a<br>GRANT STREET GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THOMSON CORPORATION, t/d/b/a<br>THOMSON FINANCIAL and/or<br>THOMSON FINANCIAL MUNICAPALS<br>GROUP, and I-DEAL, LLC<br><br>Defendants. | C.A. No. 01 1003<br><br>Hon. Judge Gary Lee Lancaster<br>Magistrate Judge Robert C. Mitchell |

### ORDER

AND NOW, upon consideration of Plaintiff's motion to file under seal its motions in limine no. 3 to exclude the opinion testimony of Scott O. Bradner regarding validity, and no. 4 to exclude any testimony or other evidence of a purported "design around", and all papers and arguments submitted pursuant thereto, it is hereby ORDERED THAT:

- Plaintiff is granted leave to file under seal its motions in limine nos. 3 and 4, and is given permission to file it's motions in limine nos. 3 and 4 within 24 hours of the August 7, 2006 deadline for filing.

Dated 8/8/06

UNITED STATES DISTRICT COURT