IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNIAUCTION, INC.<br>　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No.  01-1003<br>) |
| THOMSON CORP. and<br>I-DEAL, LLC,<br>　　　Defendants. | )<br>)<br>)<br>) |

ORDER

In light of the fact that defendants have recently obtained new counsel, the court deems it appropriate to proceed as follows:

1) The court will conduct a status conference on Thursday, October 26, 2006 at 10:30 a.m.  All principal counsel are required to attend;

2) All activity in this case is stayed until the status conference is conducted; and

3) The parties are advised of the court's intention to direct them to enter into mediation in a good faith attempt to settle this case prior to addressing any post-trial motions.

BY THE COURT,

_____ J.

Dated: October 13, 2006

cc:  All Counsel of Record