**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MUNIAUCTION, INC. d/b/a ) <br> GRANT STREET GROUP ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THOMSON CORPORATION t/d/b/a ) <br> THOMSON FINANCIAL and/or ) <br> THOMSON FINANCIAL MUNICIPALS ) <br> GROUP ) <br> ) <br> & ) <br> ) <br> i-DEAL, LLC ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 01-1003 <br> Hon. Judge Gary L. Lancaster <br> Mag. Judge Robert C. Mitchell <br><br> **ELECTRONIC FILING** |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action, by and through their undersigned counsel, hereby stipulate that all counterclaims and affirmative defenses based on allegations of inequitable conduct in obtaining U.S. Patent No. 6,161,099 from the United States Patent and Trademark Office asserted by Defendants Thomson Corporation, t/d/b/a Thomson Financial and/or Thomson Financial Municipals Group, and i-Deal, LLC in their respective Answers to the Third Amended Complaint in the above-captioned action are dismissed with prejudice, each party to bear its own fees and expenses with respect to such counterclaims and affirmative defenses.

- 2 -

Respectfully submitted,

/s/ Raymond P. Niro
Raymond P. Niro
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
E-Mail: wartman@nshn.com

John E. Hall
ECKERT SEAMANS CHERIN & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 566-1915
Facsimile: (412) 566-6099
E-Mail: jhall@eckertseamans.com

**Counsel for Plaintiff MuniAuction, Inc.**

/s/ Anthony Herman
Anthony Herman
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
E-Mail: aherman@cov.com

Cathy Bissoon
PA70371
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
E-Mail: cbissoon@reedsmith.com

**Counsel for Defendants Thomson Corporation, t/d/b/a Thomson Financial and/or Thomson Financial Municipals Group, and i-Deal, LLC**

Dated:  January 22, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation of Dismissal was served upon counsel for Plaintiff by the Court's ECF system, this 22nd day of January, 2007, addressed as follows:

>Raymond P. Niro, Esq.
>Dean D. Niro, Esq.
>Sally J. Wiggins, Esq.
>Douglas M. Hall, Esq.
>Niro, Scavone, Haller & Niro
>wartman@nshn.com
>
>John E. Hall, Esq.
>Eckert, Seamans, Cherin & Mellott, LLC
>jhall@eckertseamans.com

>/s/ Anthony Herman
>Counsel for Defendants