IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MUNIAUCTION, INC., t/d/b/a )
GRANT STREET GROUP, INC., )
          )
     Plaintiff, )
          )
v. ) Civil Action No. 01-1003
          )
THOMSON CORPORATION, t/d/b/a ) Judge Gary L. Lancaster
THOMSON FINANCIAL and/or ) Magistrate Judge Robert C. Mitchell
THOMSON FINANCIAL MUNICIPALS )
GROUP, and i-DEAL, LLC, )
          )
     Defendants. )

[PROPOSED] ORDER

AND NOW this 23 day of Jan, 2007, upon consideration of the parties' Stipulation of Dismissal, it is hereby **ORDERED** that all counterclaims and affirmative defenses based on allegations of inequitable conduct in obtaining U.S. Patent No. 6,161,099 from the United States Patent and Trademark Office asserted by Defendants Thomson Corporation, t/d/b/a Thomson Financial and/or Thomson Financial Municipals Group, and i-Deal, LLC, in their respective Answers to the Third Amended Complaint in the above-captioned action are **DISMISSED WITH PREJUDICE**, each party to bear its own fees and expenses with respect to such counterclaims and affirmative defenses.

BY THE COURT,