IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNIAUCTION, INC. d/b/a<br>GRANT STREET GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THOMSON CORPORATION, t/d/b/a<br>THOMSON FINANCIAL and/or<br>THOMSON FINANCIAL MUNICIPALS<br>GROUP, and i-DEAL, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 01 1003<br>)<br>) Hon. Judge Gary Lee Lancaster<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of MuniAuction's Motion to File Under Seal Exhibit C and Exhibit MM to Its Response in Opposition to the Defendants' Motion for Judgment as a Matter of Law or for a New Trial

IT IS HEREBY ORDERED that MuniAuction's Motion to File Under Seal is GRANTED; and

IT IS HEREBY ORDERED that MuniAuction's Motion to File Under Seal Exhibit C and Exhibit MM to Its Response in Opposition to the Defendants' Motion for Judgment as a Matter of Law or for a New Trial may be filed under seal.

Dated: 3/13, 2007

United States District Judge