```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| MUNIAUCTION, INC. ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 01-1003 |
| ) | |
| THOMSON CORP. and ) | |
| I-DEAL, LLC, ) | |
|     Defendants. ) | |

## ORDER FOR PERMANENT INJUNCTION

AND NOW, this 30th day of July, 2007, upon consideration of the four factors predicate to the granting of injunctive relief, which factors weigh in favor of granting injunctive relief, IT IS HEREBY ORDERED as follows:

    That the reasoning and discussion set forth in detail in this court's memorandum and order of this same date are hereby incorporated as the basis for entry of the instant permanent injunction;

    That defendants Thomson Corporation and iDeal, LLC, their officers, agents, servants, employees, affiliates, successors, and assigns (collectively, "Thomson"), and any and all persons acting in concert or participation with them who receive actual notice of this order, are hereby enjoined from further infringement of claims 1, 2, 9, 14, 18, 20, 24, 31, 32, 36, 40, 42, 46, and 56 of

United States Patent Number 6,161,099;

That Thomson is enjoined from using, allowing others to use, selling, or offering to sell, the Parity electronic bid submission system as it existed at the time of trial;

That Thomson is further enjoined from using, allowing others to use, selling, or offering to sell any other electronic bid submission system that allows the inputting step, automatically computing step, submitting step, communicating step, or displaying step to be accomplished by use of a web browser, as described in the claims of the '099 Patent asserted in this case.

BY THE COURT,

_____, J.

cc:   All Counsel of Record