## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNIAUCTION, INC. d/b/a GRANT STREET GROUP )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THOMSON CORPORATION t/d/b/a )<br>THOMSON FINANCIAL and/or )<br>THOMSON FINANCIAL MUNICIPALS )<br>GROUP )<br>)<br>& )<br>)<br>i-DEAL, LLC )<br>)<br>Defendants. )<br>) | C.A. No. 01-1003<br>Hon. Judge Gary L. Lancaster<br>Mag. Judge Robert C. Mitchell<br><br>**ELECTRONIC FILING** |

## ORDER

Before the Court is the parties' Emergency Joint Motion for an Order Staying Any Enforcement Action on the Judgment. It is **HEREBY ORDERED** that the Emergency Joint Motion is **GRANTED**.

It is **FURTHER ORDERED** that:

1. Any enforcement action on the judgment rendered by this Court in Plaintiff's favor (the "Judgment") is hereby stayed, and Plaintiff MuniAuction, Inc. ("MuniAuction") is hereby precluded from taking any action, direct or indirect, that could be construed or interpreted as seeking to enforce or collect upon the Judgment, including but not limited to recording the Judgment in any jurisdiction;

2. Within three business days of entry of this Order, Defendants shall deposit the original version of the letter of credit attached as Exhibit A to the parties' Emergency Joint Motion (the "Letter of Credit") with the Clerk of the Court;

3. The Clerk of the Court shall hold the Letter of Credit deposited by Defendants until further Order of this Court;

4. MuniAuction is precluded from asserting that Defendants have not satisfied the Judgment because funds were drawn on the Letter of Credit by MuniAuction's counsel, and not by MuniAuction;

5. This Order does not preclude MuniAuction from continuing to seek or enforce a permanent injunction against further infringement by the defendants of the patent in suit. Nor does this Order stay the permanent injunction which was entered by this court on July 30, 2007; and

6. The parties shall meet and confer in good faith prior to filing any motion to lift the stay and/or release the Letter of Credit.

ENTERED: Aug 28, 07

Hon. Gary Lee Lancaster
United States District Judge