IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNIAUCTION, INC. d/b/a GRANT STREET GROUP, INC.  Plaintiff,  vs.  THOMSON CORPORATION, t/d/b/a THOMSON FINANCIAL and/or THOMSON FINANCIAL MUNICIPALS GROUP, and i-DEAL, LLC,  Defendants. | C.A. No. 01 1003  Hon. Judge Gary Lee Lancaster Mag. Judge Robert C. Mitchell |

## ORDER

Before the Court is MuniAuction's "Motion to Strike Thomson's Unauthorized 'Reply Brief in Support of the Bill of Costs.'" Having considered the parties' arguments, and being fully advised as to the premises, THIS COURT ORDERS THAT:

(1) MuniAuction's Motion to strike Thomson's "reply brief" is DENIED.

ENTERED: 1/7/09

Hon. Gary Lee Lancaster
U.S. District Judge